# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR D. HOOVER,<br><br>    Plaintiff(s),<br><br>v.<br><br>U.S. COURTS,<br><br>    Defendant(s). | 2:12-CV-1500 JCM (GWF) |

## ORDER

Presently before the court is Magistrate Judge Foley's report and recommendation dismissing plaintiff Arthur D. Hoover's complaint without prejudice (doc. # 1-1). (Doc. # 4). No objections to the report and recommendation have been filed.[1]

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

---

[1] The court notes that plaintiff has filed another motion/application for leave to proceed in forma pauperis (doc. # 5); however, this application is not timely filed pursuant to Magistrate Judge Foley's court order to file a complete application within 30 days of September 9, 2012 (doc. # 2). Thus, this application is denied as moot.

**James C. Mahan**
**U.S. District Judge**

1   Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate
2   judge's report and recommendation where no objections have been filed. *See United States v.*
3   *Reyna–Tapia*, 328 F.3d 1114 (9th Cir.2003) (disregarding the standard of review employed by the
4   district court when reviewing a report and recommendation to which no objections were made); *see*
5   *also Schmidt v. Johnstone*, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's
6   decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any
7   issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's
8   recommendation, then this court may accept the recommendation without review. *See e.g.*,
9   *Johnstone*, 263 F.Supp.2d at 1226 (accepting, without review, a magistrate judge's recommendation
10  to which no objection was filed).

11  Nevertheless, this court finds it appropriate to engage in a de novo review to determine
12  whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation
13  and the underlying court order (doc. # 2) and motion (doc. # 1), this court finds good cause to adopt
14  the magistrate's findings in full.

15  Accordingly,

16  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and
17  recommendation of Magistrate Judge Foley dismissing plaintiff Arthur D. Hoover's complaint
18  without prejudice (doc. # 1-1) be, and the same hereby is, ADOPTED in its entirety.

19  IT IS FURTHER ORDERED that plaintiff's complaint (doc. # 1-1) be, and the same hereby
20  is, DISMISSED without prejudice because plaintiff failed to submit a completed application or pay
21  the filing fee as ordered.

22  IT IS FURTHER ORDERED that plaintiff's second motion/application for leave to proceed
23  in forma pauperis (doc. # 5) be, and the same hereby is, DENIED as moot as the motion was not
24  timely filed.

25  DATED November 8, 2012.

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -